UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JASON CHARLES CAMP,** | ) |
| **Petitioner,** | ) |
| v. | ) Case No. 2:25-cv-1219-AMM-SGC |
| **WARDEN, *et al.*,** | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

On September 24, 2025, the magistrate judge entered a report recommending that this action be dismissed for failure to prosecute because the petitioner, Jason Charles Camp, failed to respond to the court's order requiring him to return a signed copy of his petition and to file a new application to proceed *in forma pauperis* that included a certified copy of his jail or prison account statements for the last six months. Doc. 6; *see also* Doc. 4. Mr. Camp was advised of his right to file written objections within fourteen days, Doc. 6 at 2–3, but the court has not received any objections or other response from Mr. Camp.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Doc. 6. Consistent with that recommendation, Mr. Camp's petition will be dismissed

without prejudice because he has failed to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

**DONE** and **ORDERED** this 17th day of October, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE